IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSE DIVISION

**DALE BERNARD GREEN,**

      **Plaintiff,**

v.                                                            Case No.  4:15cv54-MW/GRJ

**FLORIDA DEPARTMENT
OF CORRECTIONS,**

      **Defendant.**
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.4, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation.  ECF No. 5.  Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.   This case is **DISMISSED** pursuant to 28 U.S.C. § 1915(g) because Plaintiff has three strikes and has failed to allege that he is in any imminent danger.[1]  Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2, is also **DENIED**.  The Clerk entered judgment accordingly

---

[1] While Plaintiff apparently has tuberculosis, he acknowledges that he is being treated for the condition.

1

and shall close the file.

**SO ORDERED on March 16, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**